IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHN McCORMICK, | No. CIV S-09-2331-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| COUNTY OF BUTTE, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.[1] Plaintiff has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has been served or appeared in the action.

The case was initiated by a pleading filed in this court on August 20, 2009. In his initial pleading, which is entitled "Petition for Writ of Habeas Corpus," plaintiff complains of the conditions of his confinement at the Butte County Jail. He does not challenge a conviction or sentence, but alleges that: (1) he has been denied haircuts; and (2) he should not be required to pay for his confinement. It is also noteworthy that the court captioned on plaintiff's pleading is

---

[1] Plaintiff is a pre-trial detainee awaiting trial on federal criminal charges who is being housed in the Butte County Jail.

1   the Butte County Superior Court and that the pleading bears a "Received" stamp from that court
2   dated August 13, 2009.
3         On September 1, 2009, the court issued an order directing plaintiff to pay the
4   statutory federal court civil filing fee or submit a completed application for leave to proceed in
5   forma pauperis.  In response, plaintiff submitted a letter on September 14, 2009, indicating that
6   he had mailed his pleading for filing in the Butte County Superior Court and that he had never
7   intended to initiate an action in federal court.  It is unclear how, if the pleading was sent to the
8   Butte County Superior Court, it ultimately was filed in this court.
9         Plaintiff makes clear in his September 14, 2009, letter that he does not wish to
10   proceed with this action in federal court.  The court, therefore, construes plaintiff's letter as a
11   request for voluntary dismissal.  Because no response to the complaint has been filed, leave of
12   court is not required and the action is dismissed on plaintiff's notice.  See Fed. R. Civ. P.
13   41(a)(1)(A)(I).  The Clerk of the Court is directed to return to plaintiff his original pleading filed
14   in this case at Doc. 1 and close this file.
15         IT IS SO ORDERED.

DATED: October 14, 2009

                                                  /s/ Craig M. Kellison
                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE